# Exhibit 1

FILED
VIRLYNN TINNELL
CLERK, SUPERIOR COURT
04/23/2021 2:45PM
BY: GHOWELL
DEPUTY

Case No.: S8015CV202100426
HON. KENNETH GREGORY

THE MOULTON LAW FIRM, P.C.
6401 E. Thomas Rd., Suite 101
Scottsdale, Arizona 85251
(480) 355-5000 FAX (480) 355-5019
Timothy L. Moulton; No. 010066
tim@moultonlawoffice.com

*Attorneys for Plaintiff*

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MOHAVE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VERTICAL PARTNERS WEST, LLC, dba VENOM GROUP INTERNATIONAL, an Idaho limited liability company; JOHN DOES and JANE DOES I-V, husbands and wives; BLACK PARTNERSHIPS I-V; and WHITE CORPORATIONS I-V,<br><br>Defendants. | ACTION NO:<br><br>COMPLAINT<br><br>(Products Liability/Subrogation)<br><br>(Designated Tier 3) |

## GENERAL AND FACTUAL ALLEGATIONS

1. At all times material hereto, Plaintiff State Farm Fire and Casualty Company was an Illinois Insurance Corporation doing business as an insurance carrier in the State of Arizona, and insured Eric Beurrier for the home and personal property at 3076 Sombrero Drive, Lake Havasu City, in the County of Mohave, State of Arizona. Plaintiff State Farm has incurred or may incur, and/or paid claims, in at least (claims may be increasing the amount owed, as claim adjustment may be ongoing) the amount of $470,510.80, including a $1,764.00 deductible already paid), in claim number 03-C292-0K4, caused by the fault of and the unlawful and defective nature of Defendant's products or work, arising out of a fire occurring on or about December 26, 2019, at the above home. Plaintiff State Farm is legally, contractually and by equity entitled to subrogation rights involving these claim payments, incident and loss under Arizona law.

2. Vertical Partners West, LLC, dba Venom Group International, is an Idaho limited liability company, based in Rathdrum, Idaho, is or was responsible for the design, sale, packaging, labeling, distributing, manufacture, and/or marketing of Venom 5200 11.1V LiPo batteries and their component parts, including a Lipo Sack, acquired by State Farm's insured and used at the home of the insured. At all times material hereto, it designed, made, sold, distributed and/or marketed the products and otherwise did business in Mohave County and the State of Arizona. It has caused events to occur in Mohave County, Arizona, which form the basis of this lawsuit.

3. The jurisdictional minimum is satisfied and venue and jurisdiction in this Court are proper. On information and belief, sometime before December 26, 2019, the Defendant designed, made, assembled, built, sold, advertised, distributed, and/or marketed the above described product(s), and its component parts, which were unlawfully, negligently and/or defectively sold (including, but not limited to inadequate instructions and warnings, and inadequate safety devices and equipment), packaged, marketed, designed, advertised, distributed, assembled, and/or made, and the product(s) and/or work of the defendants failed, exploded, ignited, and failed to contain the fire and explosion, without fault of the Plaintiff or its insured, causing a fire and loss to the home and personal property, causing Plaintiff to suffer damages and loss as outlined above.

4. Investigation and inspection of the property by Plaintiff and its experts indicate that the product(s) and/or work of the Defendant were unlawfully, negligently and/or defectively designed, advertised, marketed, packaged, distributed, made and/or sold and the cause of the damage and injury.

5. Pursuant to Rule 26.2(c)(3), Arizona Rules of Civil Procedure, this case should be assigned to Tier 3.

## COUNT I (Strict Liability)

6. Plaintiff hereby incorporates by reference all other paragraphs of this Complaint as if fully set forth here and further allege as follows.

7. Defendant was and is engaging in the business of designing, manufacturing,

producing, testing, inspecting, marketing, distributing, packaging, and selling the product(s). The product(s) were expected to and did reach consumers in Arizona without substantial change in the condition in which they were sold.

8. The product(s) were in a defective condition, and unreasonably dangerous to users, when they left Defendant's possession or control.

9. Arizona consumers used the product(s) in a manner and for a purpose which was and is foreseeable by Defendant.

10. Defendant failed and continues to fail to provide consumers, either directly or indirectly, with adequate or sufficient warnings regarding the known or foreseeable risks and dangers inherent to the product(s).

11. As a direct and proximate result of the defective condition of the product(s), Plaintiff has been damaged.

## COUNT II (Negligence)

12. Plaintiff hereby incorporates by reference all other paragraphs of this Complaint as if fully set forth here and further alleges as follows.

13. Defendant failed to exercise reasonable care with respect to the design, development, advertising, manufacture, production, testing, inspection, marketing, packaging, distributing, and sale of the product(s) and/or work of the Defendant.

14. As a direct and proximate result of Defendant's negligence, Plaintiff has been damaged.

## COUNT III (Breach of Express Warranties)

15. Plaintiff hereby incorporates by reference all other paragraphs of this Complaint as if fully set forth here and further alleges as follows.

16. Defendant has breached express warranties to consumers in that the product(s) do not perform as expressly represented by Defendant.

17. As a result of Defendant's breach of express warranties, Plaintiff has been damaged.

## COUNT IV (Breach of Implied Warranties)

18. Plaintiff hereby incorporates by reference all other paragraphs of this Complaint as if fully set forth here and further alleges as follows.

19. Defendant has breached the implied warranty of merchantability in that the product(s) are defective and not fit for the ordinary purposes for which they are sold, distributed and advertised.

20. Defendant has breached the implied warranty of fitness for a particular purpose in that the product(s) are defective and not fit for the purposes for which they are sold, distributed and advertised. Defendant was aware of the particular purposes for which the product(s) were intended and Arizona consumers relied and continue to rely upon Defendant's skill and judgment in deciding to purchase the products described herein.

21. As a result of Defendant's breach of implied warranties, Plaintiff has been damaged.

WHEREFORE, Plaintiff prays for the following:

1. Compensatory damages in an amount to be determined at trial;
2. Special damages in an amount to be determined at trial;
3. Interest on all special, known, and liquidated damage claims;
3. Fees and costs;
4. All other relief the Court deems just and proper.

DATED this 23rd day of April, 2021.

                                            THE MOULTON LAW FIRM, P.C.

                                            By: /s/ *Timothy L. Moulton*
                                                  Timothy L. Moulton
                                                  6401 E. Thomas Rd., Suite 101
                                                  Scottsdale, Arizona 85251
                                                  *Attorneys for Plaintiff*

FILED
VIRLYNN TINNELL
CLERK, SUPERIOR COURT
04/23/2021 2:45PM
BY: GHOWELL
DEPUTY

Case No.: S8015CV202100426
HON. KENNETH GREGORY

**THE MOULTON LAW FIRM, P.C.**
6401 E. Thomas Rd., Suite 101
Scottsdale, Arizona 85251
(480) 355-5000 FAX (480) 355-5019
Timothy L. Moulton; No. 010066
tim@moultonlawoffice.com

*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

## IN AND FOR THE COUNTY OF MOHAVE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>VERTICAL PARTNERS WEST, LLC, dba VENOM GROUP INTERNATIONAL, an Idaho limited liability company; JOHN DOES and JANE DOES I-V, husbands and wives; BLACK PARTNERSHIPS I-V; and WHITE CORPORATIONS I-V,<br><br>Defendants. | ACTION NO:<br><br>**DEMAND FOR JURY TRIAL** |

Plaintiff, by and through counsel undersigned, pursuant to Rule 38, Arizona Rules of Civil Procedure, hereby demands a trial by jury in the event this matter is not set for compulsory arbitration or an appeal is taken from arbitration.

DATED this 23rd day of April, 2021.

**THE MOULTON LAW FIRM, P.C.**


By: */s/ Timothy L. Moulton*
   Timothy L. Moulton
   6401 E. Thomas Rd., Suite 101
   Scottsdale, Arizona 85251
   *Attorneys for Plaintiff*

FILED
VIRLYNN TINNELL
CLERK, SUPERIOR COURT
04/23/2021 2:45PM
BY: GHOWELL
DEPUTY

Case No.: S8015CV202100426
HON. KENNETH GREGORY

Person/Attorney Filing: Timothy L Moulton
Mailing Address: 6401 E. Thomas Rd. Suite 101
City, State, Zip Code: Scottsdale,, AZ 85251
Phone Number: (480)355-5000
E-Mail Address: docket@moultonlawoffice.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 010066, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MOHAVE

State Farm Fire & Casualty Co.
Plaintiff(s),
v.
Vertical Partners West, LLC
Defendant(s).

Case No.

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Mohave County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Timothy L Moulton /s/
Plaintiff/Attorney for Plaintiff

Person/Attorney Filing: Timothy L Moulton
Mailing Address: 6401 E. Thomas Rd. Suite 101
City, State, Zip Code: Scottsdale,, AZ 85251
Phone Number: (480)355-5000
E-Mail Address: docket@moultonlawoffice.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 010066, Issuing State: AZ

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MOHAVE

State Farm Fire & Casualty Co.
Plaintiff(s),
v.
Vertical Partners West, LLC
Defendant(s).

Case No.   S8015CV202100426

**SUMMONS**

To: Vertical Partners West, LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 415 E. Spring St, Kingman, Arizona 86401 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MOHAVE

SIGNED AND SEALED this date:*April 23, 2021*

*VIRLYNN TINNELL*
Clerk of Superior Court

By:*GHOWELL*
Deputy Clerk



AZturboCourt.gov Form Set #564276

2

# IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
# IN AND FOR THE COUNTY OF MOHAVE

DATE: JUNE 3, 2021

S8015CV202100426

### NOTICE RE: MOHAVE COUNTY ADMINISTRATIVE ORDER 2019-04

Plaintiff/Petitioner is hereby notified that service of the Summons and Complaint must be made upon all Defendants or adverse parties within ninety (90) days after the Complaint or Petition is filed or the case SHALL be dismissed without prejudice as to parties not timely served in accordance with Rule 4(i), Arizona Rules of Civil Procedure.

cc:

Plaintiff

Tag Process Service Inc.
637 S 48th St, 101
Tempe, AZ 85281
(602) 254-3900

**ORIGINAL**

FILED

2021 MAY 25 AM 8: 25

VIRLYNN TINNELL
SUPERIOR COURT CLERK

Superior Court of Arizona
Mohave County
P.O. Box 7000, Kingman, AZ 86401

**State Farm Fire and Casualty Company,
an Illinois Corporation,**

        Plaintiff,

vs.

**Vertical Partners West LLC, dba Venoma
Group International, an Idaho limited
liability company; et al,**

        Defendant,

_____/

NO. S8015CV202100426

**AFFIDAVIT OF SERVICE**

The undersigned certifies under penalty of perjury:

I received the **Summons; Complaint; Demand for Jury Trial; Certificate re Compulsory Arbitration** from **Moulton Law Firm, P.C.** and served the same upon:

**Vertical Partners West, LLC**

By handing a true and accurate copy of the above documents to **Keith R Wallace , (Statutory Agent For Vertical Partners West, LLC)** at **14028 N. Ohio St. , Rathdrum, ID 83858** at approximately **10:00 AM** on **05/10/2021**.
Comments: **D1/Vertical Partners West, LLC Served;**
Description of person served:
Sex: **Male** Hair: **Brown** Age: **40-49** Height: **6ft 01in**

I declare under penalty of perjury that the foregoing is true and correct.
Executed on the _13th_ day of _MAY_, 2021

X _____
**AAYS, Inc.**
Date Served: **05/10/2021**
Court Case#: **S8015CV202100426**
Our Job#: **723637**
Client/Atty File#: **Sub Beurrier v Vertical Partners West**

Sworn to and subscribed before me this
_13th_ day of _MAY_, 2021.

_____
Notary Public
My Commission Expires: 10-25-22

Fees:
Service of Process    $135.00
**TOTAL:**    **$135.00**

**LORA HENDERSON
56965
NOTARY PUBLIC
STATE OF IDAHO
My Commission Expires: 10/25/22**


S8015CV202100426

LORA HENDERSON
NOTARY PUBLIC
STATE OF IDAHO

Text Size: A A A

Case Search  Minute Entry Search  Case Notification  Help

Home / Case Search

## Public Access to Court Information

### Case Search



Printer Friendly Version

<< return to search results
new case search >>

**Case Information**

| | | | |
|---|---|---|---|
| Case Number: | S-8015-CV-202100426 | | |
| Title: | STATE FARM FIRE & CASUALTY CO | Category: | Civil |
| Court: | Mohave County Superior | Filing Date: | 4/23/2021 |
| Judge: | | Disposition Date: | |

TIMOTHY L MOULTON    ATTORNEY  -  Y 1

STATE FARM FIRE & CASUALTY CO.    PLAINTIFF  -  P 1

VERTICAL PARTNERS WEST, LLC    DEFENDANT  -  D 1

**Case Activity**

| Date | Description | Party |
|---|---|---|
| 5/25/2021 | SERVICE: AFFIDAVIT | D 1 |
| 4/23/2021 | COMPLAINT: Complaint | P 1 |
| 4/23/2021 | DEMAND: Demand for Jury Trial | P 1 |
| 4/23/2021 | ARBITRATION: CERTIFICATE OF COMPULSORY ARBITRATION - IS NOT | P 1 |
| 4/23/2021 | SUMMONS: SUMMONS | P 1 |
| 4/23/2021 | INDICATOR: DISCOVERY TIER 3 | P 1 |
| 4/23/2021 | NOTICE: DISMISSAL RE: SERVICE - CIVIL | P 1 |

### Document Search

For access to criminal and civil court documents in the Superior Court visit the eAccess portal.
For more information about the eAccess portal please visit: https://www.azcourts.gov/eaccess. 

**NOTES:**

**Internet Explorer 10 Users: Case details will not display properly unless you switch to Compatibility View.** How?
**The following case types are excluded from search results:** sealed cases, cases involving un-served Orders of Protection, mental health and probate cases, victim and witness data. Juvenile incorrigible/delinquency case information also cannot be viewed on this website; however other types of cases in which juveniles are parties, such as traffic cases, may be displayed. Certain administrative functions carried out by superior court clerk's offices in each county are not included in this website, such as passport application processing and private process server registration. **Charges stemming from local ordinance violations are not included.**

**Please be aware of the following limitations of the case records displayed:**
• The information may not be a current, accurate, or complete record of the case.
• The information is subject to change at any time.
• The information is not the official record of the court.
• Not all cases from a participating court may be included.
• The information should not be used as a substitute for a thorough background search of official public records.

The user is responsible for verifying information provided on this website against official court





**information filed at the court of record.** Use of this website shall indicate agreement by the user that the Arizona judiciary, including its courts, divisions, officers, and employees, shall not be liable for any loss, consequence, or damage resulting directly or indirectly from the use of any of the information available through this website and that the Arizona judiciary does not provide any warranty, express or implied, that the information provided is accurate, current, correct, or complete.

Data available on this web site is updated frequently and can be provided via electronic media for an annual subscription fee. If interested, please Contact Us.

**Case info is updated on this website weekly. Information is updated each Friday to reflect case information through the Wednesday of the same week.**

Privacy Policy            Website Accessibility Policy            Contact Us            © 2021 Arizona Supreme Court. All Rights Reserved.