William A. Nebeker, Esq., Bar No. 004919
Zahnie L. Soe Myint, Esq., Bar No. 020010
Anne P. Barber, Esq., Bar No. 035591
**Koeller, Nebeker, Carlson & Haluck, LLP**
3800 N. Central Ave., 15th Floor
Phoenix, Arizona 85012
Phone: (602) 256-0000
Fax: (602) 256-2488
nebeker@knchlaw.com
zahnie.soemyint@knchlaw.com
Anne.barber@knchlaw.com
*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| State Farm Fire and Casualty Company, an Illinois Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Vertical Partners West, LLC, dba Venom Group International, an Idaho limited liability company; John Does and Jane Does I-V, husbands and wives; Black Partnerships I-V; and White Corporations I-V,<br><br>    Defendants. | Case No. CV-21-08127-PCT-MTM<br><br>**NOTICE OF DEFENDANT VERTICAL PARTNERS WEST, LLC'S FILING FOR BANKRUPTCY AND AUTOMATIC STAY**<br><br>(Assigned to the Honorable Judge Michael T. Morrissey) |

    NOTICE is hereby given of Defendant Vertical Partners West, LLC's ("Defendant's") filing for Chapter 7 Bankruptcy. Defendant filed a case under Chapter 7 of the Bankruptcy Code on December 20, 2021. Upon information and belief, when Defendant filed the petition for bankruptcy, it placed an automatic stay on these proceedings, pursuant to 11 U.S.C. § 362, lasting until the earliest of the time the bankruptcy case is closed or the

time the bankruptcy case is dismissed. Official Forms 309C and 309D are attached to this Notice as "Exhibit A."

DATED this 21st of April, 2022.

**KOELLER, NEBEKER, CARLSON & HALUCK, LLP**


By: */s/ William A. Nebeker*
William A. Nebeker
Zahnie L. Soe Myint
Anne P. Barber
*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 21, 2022 the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system on all counsel of record and copy e-mailed this same date to:

Timothy L. Moulton, Esq.
THE MOULTON LAW FIRM, P.C.
6401 w. Thomas Rd., Suite 101
Scottsdale, AZ 85251
tim@moultonlawoffice.com


By: */s/ Collette Wade*