# EXHIBIT A

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | Vertical Partners West, LLC | EIN | 68-0533957 |
| | Name | | |
| United States Bankruptcy Court | District of Idaho | Date case filed for chapter 7 | 12/20/21 |
| Case number: | 21-20460-JMM | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline

12/20

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Do not file this notice with any proof of claim or other filing in the case.

| | | |
|---|---|---|
| 1. Debtor's full name | Vertical Partners West, LLC | |
| 2. All other names used in the last 8 years | dba Atomik RC, dba VPW, dba Venom Power, dba PrisLogic, dba LionCore | |
| 3. Address | 14028 N. Ohio Street<br>Rathdrum, ID 83858 | |
| 4. Debtor's attorney<br>Name and address | Matthew Todd Christensen<br>Johnson May, PLLC<br>199 N. Capitol Blvd<br>Suite 200<br>Boise, ID 83702 | Contact phone 208-384-8588<br>Email: mtc@johnsonmaylaw.com |
| 5. Bankruptcy trustee<br>Name and address | J Ford Elsaesser<br>PO Box 2220<br>Sandpoint, ID 83864 | Contact phone 208-263-8871<br>Email: feecf@eaidaho.com |
| 6. Bankruptcy clerk's office<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | U.S. Bankruptcy Court<br>6450 N. Mineral Drive<br>Room 150<br>Coeur d Alene, ID 83815 | Hours open:<br>The Clerk's Office is open to the public from 9:00 a.m. to 4:00 p.m., Monday through Friday, except on legal holidays.<br>Contact phone 208-665-6850<br>Date: 12/20/21 |
| 7. Meeting of creditors<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | January 20, 2022 at 09:30 AM<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | BY TELEPHONE<br>Trustee: J Ford Elsaesser<br>Call in number: 866-500-8643<br>Passcode: 2919378 |
| 8. Proof of claim<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. Creditors with a foreign address | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case -- No Proof of Claim Deadline** page 1

WED-85504 0976-2 309C 21-20460
Matthew Todd Christensen
199 N. Capitol Blvd
Suite 200
Boise, ID 83702

018801 18801 1 MB 0.482 83854 1 5 9487-1-18801

Bermar Partners, LLC
3019 E Rivercrest Drive
Post Falls, ID 83854-9632

Electronic Bankruptcy Noticing

**Go Green!**
Sign up for electronic notices. FREE!
Receive notices 24 X 7 and days faster
than through US Mail.
Try our new Email Link service.

To find out how, visit:
http://bankruptcynotices.uscourts.gov

018801        8550401881901 0

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor | Vertical Partners West, LLC | EIN 68-0533957 |
| | Name | |
| United States Bankruptcy Court | District of Idaho | Date case filed for chapter 7  12/20/21 |
| Case number: | 21-20460-JMM | |

Official Form 309D (For Corporations or Partnerships)

## AMENDED Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set  1/21

For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

Do not file this notice with any proof of claim or other filing in the case.

**NOTICE IS FURTHER GIVEN THAT:**
As provided in the original Notice of Chapter 7 Bankruptcy Case, the trustee may pay a necessary administrative expense of the bankruptcy estate, if that expense does not exceed $1,000, without obtaining a court order in advance. If you object to this procedure, then you are (or were) required to file an objection with the Bankruptcy Court within 14 days from the date of the original notice.

| | | | |
|---|---|---|---|
| 1. | Debtor's full name | Vertical Partners West, LLC | |
| 2. | All other names used in the last 8 years | dba Atomik RC, dba VPW, dba Venom Power, dba PrisLogic, dba LionCore | |
| 3. | Address | 14028 N. Ohio Street<br>Rathdrum, ID 83858 | |
| 4. | Debtor's attorney<br>Name and address | Matthew Todd Christensen<br>Johnson May, PLLC<br>199 N. Capitol Blvd<br>Suite 200<br>Boise, ID 83702 | Contact phone 208-384-8588<br><br>Email: mtc@johnsonmaylaw.com |
| 5. | Bankruptcy trustee<br>Name and address | J Ford Elsaesser<br>PO Box 2220<br>Sandpoint, ID 83864 | Contact phone 208-263-8871<br><br>Email: feecf@eaidaho.com |
| 6. | Bankruptcy clerk's office<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | U.S. Bankruptcy Court<br>6450 N. Mineral Drive<br>Room 150<br>Coeur d Alene, ID 83815 | Hours open:<br>The Clerk's Office is open to the public from 9:00 a.m. to 4:00 p.m., Monday through Friday, except on legal holidays.<br><br>Contact phone 208-665-6850<br><br>Date: 12/21/21 |

For more information, see page 2 >

Official Form 309D (For Corporations or Partnerships) Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set        page 1

014607                                      85604014621012

Debtor  Vertical Partners West, LLC                                    Case number **21-20460-JMM**

| 7. **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **January 20, 2022 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | BY TELEPHONE<br><br>Trustee: J Ford Elsaesser<br>Call in number: 866-500-8643<br>Passcode: 2919378 |
|---|---|---|
| 8. **Deadlines**<br>The bankruptcy clerk's office must receive proofs of claim by the following deadlines. | **Deadline for all creditors to file a proof of claim (except governmental units):**<br><br>**Deadline for governmental units to file a proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **Filing deadline: 2/28/22**<br><br>**Filing deadline: 6/21/22** |
| 9. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 10. **Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them, in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim, as described above. | |

Official Form 309D (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**          page 2

014607      85604014621012